IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
Case No. XXXX

DELORES CORBETT and ALVIN CORBETT,

  Plaintiffs,

    v.

HILTON DOMESTIC OPERATING CO., INC., HILTON FRANCHISE HOLDING, LLC, and PATCO LODGING OF WILSON, LLC,

  Defendants.

## NOTICE OF APPEARANCE

The undersigned respectfully enters her appearance as counsel of record for Plaintiffs in the above-captioned matter.

Date: July 2, 2020

Respectfully submitted,

**/s/ Cheyenne N. Chambers**
Cheyenne N. Chambers (N.C. Bar #48699)
TIN, FULTON, WALKER & OWEN, PLLC
301 East Park Avenue
Charlotte, NC 28203
Tel.: 704-338-1220
Fax: 704-338-1312
E-mail: cchambers@tinfulton.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on this date, I electronically filed the foregoing Notice of Appearance with the Clerk of Court by using the CM/ECF system. All participants in the case are registered CM/ECF users and will be served by the CM/ECF system.

Date: July 2, 2020 **/s/ Cheyenne N. Chambers**